ART WIRE & STAMPING CO., respondent,

*v.*

ERIC P. JOHNSON et al., appellants.

[Argued May 24th, 1948.   Decided September 3d, 1948.]

*Mr. Gardner K. Benson,* for the respondent.

*Messrs. Mayer & Mayer,* for the appellants.

PER CURIAM.

The decree appealed from is affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Bigelow, and reported at *141 N. J. Eq. 101.*

*For affirmance*—THE CHIEF-JUSTICE, BODINE, DONGES, HEHER, COLIE, WACHENFELD, EASTWOOD, BURLING, JACOBS, WELLS, DILL, FREUND, MCLEAN, SCHETTINO, JJ.   14.

*For reversal*—None.